I'm David Becker, for Klamath Siskiyou Wildlands Ctr, and for Forest Lines. I'm an officer of 5-Minute Science on the 4th Republic. The Siskiyou Crest, or this project is, is an area unique to Klamath Forest. It is fragile wetlands and soils home to hundreds of endemic and rare plant species. Along the Siskiyou Crest, there are four protected biological areas, and each has the highest concentration of insect, wetlands, and watersheds in the Pacific Northwest. And what I'd like to focus on are two ways in which the environmental assessments of your project might be received, but for taking a hard look at the resource damage it causes, first, across the Crest. Because it's a rural forest, and by providing a convincing statement of reasons why an environmental impact statement should not be prepared, I'd also briefly touch the hits and issues involved. The other thing that's in the administrative record is the grazing on the Siskiyou Crest and its grassy soils and wetlands. There's significant damage to the Mediterranean areas and to the soils that are host to many of the species of plants that are endemic only to this particular region. For example, the rural forest is chronical, almost 15 years of damage that's been caused by climate change. In NEI 1.4, for example, it pointed out that forest uncrazy is detrimental to riparian areas because it results in stream damage that can be results in soil damage that can be consequences of climate change. Do you know that there's not enough cows because there's not enough land somewhere? Yes. Okay, that's how it is.  and there's no broccoli, no grubs. Okay. So, the two biggest thing involved in climate change is that the cows are hungry, and it's hard to feed those cows. That's the main reason that they're hungry. And you don't know, it was constant damage. Everybody knows that our black cows and our blue-nosed cows, it's constant damage. The, I think it's the most significant thing that I can answer in terms of what this question is, is you just said that climate cows cause all this damage. I think, first of all, the practical answer is yes, they're attacked. But black cows, several of them were burned. How do you know that? Because many of the areas where damage has been caused along the Utah basin area, those have been closed to grazing by oil crop communities for 15 years. So, in the field observations in 2007, 2008, 2009, getting to those areas and identifying which cows were present, there were no rogue cows present in those areas. But they did have radiation panels. And it's the, I think historically, going back to the 1970s, there was gas gas from those forests onto the other forests. So, rogue cows were existing in the climate 20 years ago. But because the restrictions, because the rogue shut those areas around the Utah basin, on their own land, so they don't feed black cattle there, and so on and so forth, it teased the evidence that's in the record. Mostly, again, the very, very detailed field reports from 2007 to 2009 that appear in the excerpts and records from the 18 to 11 identified climate cows. And, in fact, the volunteer, a former rogue staff officer, the methodology that he followed for identifying which cows were over, you know, the climate emergencies or the rogue emergencies. So, if you don't have a problem with the rogue cows spreading in those areas, you're not supposed to do that. So, we closed all the migrant cows. In recent years, there is not that problem. It's, there's not, there's not BC documentation. The reason being that in the three years before the decision was made, which is about in 2007 to 2008 to 2009, there's no evidence of rogue cows getting into the wrong places, getting into areas that have been closed for a while. A lot of the evidence from that period is the climate changes getting into those riparian areas. And, as the record says, these cows were over when they did not feed. The rogue was identifying that the, that the damage caused by the climate cows was due to these riparians on an integrated condition. The, there was an environmental assessment appraising on the rogue side in 1986 that found that the degree of unauthorized use of the climate cows over the ridges of the Utah basin area were affecting the viability of the rare cows, cows which has few populations left anywhere in the world, and any harm to the state. The, the environmental assessment looks at the impacts of special interest areas, the bioactive protected areas on the climate side, and it notes that the cows will move through these areas of, of very, very loose soil where most of the endemic plants that are a concern for us, that these are not foraging, these are grasses. The cows believe that they move through there as they're moving from the climate side over into the road to the past. You see all the numbers, confusing numbers. It was the highest number of cows that had ever been documented. Over 200. If you look here, 182, 184, subsplendent year numbers since 2017. Then in 2010, there were at least 61 cows that were in the road forest that were finding cows. And, and, and, and maybe there's other instances where there weren't cows. So, that's the average. Because these are those, those, those, those numbers, it's, the, the, there's a search in 2009 that was unusually dry here. That's not the record. The record says that there's been drought in this area over the last 15 years. It's one, plus a couple of other instances where there weren't any. And, and, and, and, and, you know, it's, you know, it is from December of 2007. That is 2017 plus. And, and, and, and, and, and, and, and, and, and, And, and, and, and, and, and, and, and, and, and, and, and, and, and, and, and, and, and, and, I don't, I don't think that is the case in this particular area here. I think that's right. So, And and and and. I don't think we should get carried away with just then eroding one day or another. So, let's go on to the third question. I think it goes to the following three answers. There's one first question also. The efforts that were being made to reduce over the years, and we're closing the agency, because we're using punishment strategies, starting in 1994, that's been a problem in the decision. Well, if that, then, that peak occurs, it's not a fact. I think that the number of counselors passed these punishment strategies in 1994, there was a report that, in 1991, there were between 50 and 150. And, so, I was, you know, the highest that I could find in the record was 100. It was somewhere between 50 and 150 in 1991, and that was even before the beginning of the government's cessation policy. There's not just one data, there are hundreds of thousands of data. There is other data. I think the important thing, and I would say also, and here I want to make sure, there's a huge, I think it's 17 counts, or I think it's huge counts, that we need to move around the area and cause counts, and cause it to not be able to recover. Most importantly, the continuous number of counts that have been accessed by someone on the road for the last, for the 15 years, was 100%. If those areas on the road are closed to the road by disease, the damage is still so substantial, the recovery cannot occur because even a small number of counts were caused by that damage. The road couldn't reopen those areas into its own properties for reasons. And I think that the more fundamental thing here is none of this damage is in the environmental process or the rangeland, as specialists report. There's no figures given as to the number of counts that have been trespassed. The information that's readily available from the field studies in 2007 and 2009, the memorandum that the road roads in 2005, 2002, the earlier environmental assessments that showed significant damage to all road sites. No, the current plan is fundamentally, essentially, says that we are trying to find a way out of here, but it's essential to say that it's just a workbook 2013, and it's essential to know that we're on our own. We have steps to go. Sometimes that's the way to go. Right. So, why isn't that essentially an action? You say, okay, I mean, that's an action. Well, it's safe. But there's some stress on the ground, and I don't know if we need to put stress on the ground. I mean, it's nothing to do with this. It's not actually a problem, but it has to be a problem. And these sorts of stuff, it's not unique. I've told them, I didn't think it was unique. Well, I think that's the extension of the obligation on our people that when they come here, they should define it most significantly based on the mitigation steps that they're trying to take. And then the fact that they're not enough to make any connections with regard to the plans that are adopted. We're preparing students not to have these sorts of things, and they're saying that we are going to do these things, which should, I think that's actually not just the plan. It's actually not the plan. And if it doesn't, we should make it. So, that's the contrast. So, why isn't that an extension connected to this thing? Because they still would have to know that the mitigation is going to be effective in the cases such as the crash of the National Forest and Conservation Association in the past few years when you rely on mitigation to be applied in specific areas. You have to have an evaluation of why it's helpful. We all found the mitigation in our content website. Right? I mean, I don't know much about mitigation. The problem is that you have to have various possible challenges, but quite a number of people have stopped. The mentality isn't getting better. It isn't getting better. It isn't getting better. Because that's the analysis that we support. Why is that? So, far as all of this goes, there's something missing there. I mean, it's proceeding developmentally. They're going to  Maybe they're not going to stop the cats, but that was knowing more about the actual damage that it will cause if they don't stop the cats. So, I think that changes everything about this topic. I think I need to say that underneath the fact that they're relying on this plan to avoid these impacts, they do bear the burden of showing that it is almost the thing that's actually going to work. That's one of the critical aspects of mitigation might be the most significant one. If they're relying on mitigation, they have to evaluate why it's going to work, and they kind of know that. They're simply missing the sector unity, and then the possibility of mitigation. There's no analysis anywhere in the EA of why it's going to work. And, in fact, it's what's counter to the facts and the evidence that the EPA has failed to prevent 200 cows from going across into the road forest. There was an annual operating instruction in 2009 that required the primate team to inspect for cows on the road every two weeks. And the EPA has not been able to conduct analysis such as any effects on the road forest. So it's not calculating the amount of damage that the wild cows are causing on the road, but adding to the other impacts that are existing within the area affected by the grazing. So it's not is going on. So when we say the increase of 20,000 acres, we're not calculating the increase of 60,000 acres. We're calculating 24,000 acres that are exceedable in definition. That's areas where grazing is moving back and forth. It's going to cause damage. It will result in substantial damage. So it's arbitrary increases authorized grazing on 48,000 acres, not 23,000 acres. We're proposing a rationale and this is the area that's important. So we have proposed a rationale for increasing the increase of 50,000 acres.        a rational   increasing the increase of 50,000 acres. We have proposed a rationale for adding the increase of 50,000 acres to the rate of 50,000 acres. We adding the   50,000 acres to the rate  50,000 adding the increase  50,000 acres to the acres. We have proposed  adding the  50,000 acres have proposed adding the increase of 50,000 acres  the rate of 50,000 acres. We   adding  increase 50,000 acres to the rate of 50,000 acres. We have proposed adding the increase 50,000 the   acres to the rate adding the increase 50,000  to the rate of the increase 50,000 acres  the We have proposed adding   50,000 acres
judges: Fisher, Berzon, Watford